**Order filed August 22, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00570-CV
_____

## WFG NATIONAL TITLE COMPANY OF CALIFORNIA ("WFG"), Appellant

## V.

## MARCUS SCHULTZ; SAMMY'S GRILL, LLC; SAMMY VELA, Appellees

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 18-DCV-253719-B**

## O R D E R

Appellant's brief was due August 19, 2019**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **September 3, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM